

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00085-CR

Isaac **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR12210
Honorable Melisa C. Skinner, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: May 17, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant

and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant appellant's motion and dismiss this appeal.

*See id.*

PER CURIAM

DO NOT PUBLISH